

> I have been in contact with the Bureau of Prisons and they are aware that my recommendation was genuine. I am not empowered to alter or modify your sentence in any way, nor can I issue any directive to the Bureau of Prisons regarding the manner or location of your incarceration. The recommendation that the BOP understands that I have made is the most I am empowered to do.

August 5th 2010

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG - 9 2010 ★
BROOKLYN OFFICE

Honorable Judge Ross,
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

cc.: S/Judge Ross
Mr. Jeffrey Powers, Administrator
F.P.C. Danbury

Subject: U.S.A v. Mordistine Alexander
Case No: Cr-08-760

Dear Honorable Judge Ross:

I have received your recommendation about my halfway house placement in conformance with the Second Chance Act. Thank you for the recommendation - I truly appreciate your support.

Unfortunately, I am forced to write to you again. On August 4th, 2010, I met with F.P.C. Danbury's Camp Administrator, Mr. Jeffery Powers, and my Case Manager, Mrs. Wattree to review my case and potential halfway house placement. I brought the document that I received from you to the meeting. At the meeting, Mr. Powers refused to believe that the Court issued the document, and as a result, I am forced to write to you to request that you write a letter to the FCI Danbury Warden, Mrs Maureen Baird, with your recommendation. I sincerely apologize for adding to your workload, but as you are aware, this is a critical issue for me.

When I left the August 4th 2010 meeting, my halfway house placement was designated as 1 to 90 day.

To reiterate Mr. Powers concerns that he expressed at the meeting:

1. The document could have been cut, paste and forged, because neither he nor the warden had received a copy directly.
2. The recommendation from the judge is not specific enough. What is the maximum specified? What is the meaning of community confinement?
3. Is the judge modifying the sentence? If so, the Judgement and Conviction needs to be modified and sent to him or the warden.

As you can understand, I am frustrated by the BOP's response and, I do view Mr. Powers concerns as "red herrings" to avoid consideration of the recommendation. Ideally, I would request the Court to split my sentence with the last 12 months of the sentence served in home detention. Even with Mr. Powers concerns addressed with a re-issued recommendation, I face an uphill battle in receiving halfway house beyond 1-90 days, if indeed I receive that!

Again, Judge Ross I apologize for adding to your workload, and I thank you for your continued support and consideration.

Sincerely,

*[signature]*

Mordistine Alexander
64741-053
FPC Danbury
33½ Pembroke Station
Danbury, CT 06811


cc: FCI Danbury Warden Ms. Maureen Baird,
Route 37, Danbury CT. 06811